No. 11–10298. ONEAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10299. BRAVO-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10303. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10306. LALOUDAKIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10315. FAUNCHER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10322. MASSEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10328. CARRUTHERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10330. HERNANDEZ-SERVERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10335. TURNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10340. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10349. XUYEN BAO VO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–1024. CITY OF NEW HAVEN, CONNECTICUT v. BRISCOE. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–1027. LATIF v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of respondents for leave to file a brief in opposition under seal granted. Motion of petitioner for leave to file a reply brief under seal granted. Certiorari denied.